**E-FILED**
Thursday, 20 June, 2013  04:08:08 PM
Clerk, U.S. District Court, ILCD

IN THE CENTRAL DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  13-CV-01201 |
| | ) | |
| JOHN DOE, subscriber assigned IP | ) | |
| address 98.215.108.84 | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

NOW COMES the LAW OFFICE OF CHRISTOPHER P. RYAN, P.C. and hereby

enters his appearance on behalf of the unnamed Defendant.

Respectfully submitted,
UNNAMED DEFENDANT,

By:/s/Christopher P. Ryan
CHRISTOPHER P. RYAN, P.C.
245 NE Perry Ave.
Peoria, Illinois 61603
Phone: 309-637-8020
Fax: 309-637-5433

IN THE CENTRAL DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MALIBU MEDIA,                          )
                                       )
                   Plaintiff,          )
                                       )
        vs.                            )          Case No.:  13-CV-01201
                                       )
JOHN DOE, subscriber assigned IP       )
address 98.215.108.84                  )
                                       )
                   Defendant.          )


**<u>CERTIFICATE OF SERVICE</u>**


        The undersigned certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

        The undersigned further certifies that some of the participants in the case may not be CM/ECF users and that the foregoing was sent by first-class U.S. mail, postage prepaid on the 20th day of June, 2013.




                                       /s/Christopher P. Ryan


                                       CHRISTOPHER P. RYAN, P.C.
                                       245 NE Perry Ave.
                                       Peoria, Illinois 61603
                                       Phone: 309-637-8020
                                       Fax: 309-637-5433